**Alberto MARTINEZ**

v.

**R.V. TOOL, INC.**

No. C–6855.

Supreme Court of Texas.

April 6, 1988.

The order of this court of October 28, 1987, granting the application for writ of error is withdrawn as the application was improvidently granted